# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  SORIN 3T           :      MDL DOCKET NO. 2816
HEATER-COOLER SYSTEM   :      Civil Action No. 1:18-MD-2816
PRODUCTS LIABILITY      :
LITIGATION (NO. II)       :      Hon. John E. Jones, III
                                :
                                :      THIS DOCUMENT RELATES TO:
                                :      **Tina DeYoung Smith, Individually and as Personal Representative of the Estate of Marion DeYoung vs. Sorin Group USA, Inc., et al.**

**Case No. 1:18-cv-00259-JEJ**

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff(s), Tina DeYoung Smith, Individually and as Personal Representative of the Estate of Marion DeYoung, hereby voluntarily dismiss this action, without prejudice, as to all Defendants. All parties will bear their own costs. Upon confirmation that a final settlement payment has been made, Plaintiff(s) agree that this action will be dismissed with prejudice as to all Defendants.

Dated: September 9, 2019

| | |
|---|---|
| /s/ Ashlee E. Winkler | /s/ Jared B. Briant |
| Ashlee E. Winkler (SC #100921) | Jared B. Briant (CO # 35773) |
| Parham Smith & Archenhold, LLC | Faegre Baker Daniels LLP |
| 15 Washington Park | 1144 Fifteenth Street, Suite 3400 |
| Greenville, S.C. 29601 | Denver, CO 80202-2569 |
| Telephone: 864-242-9008 | Telephone:  303-607-3500 |
| Facsimile:  864-271-6155 | Facsimile:   303-607-3600 |
| awinkler@parhamlaw.com | jared.briant@faegrebd.com |

**Counsel for Plaintiff(s)**

> Linda S. Svitak (MN # 0178500)
> Delmar R. Ehrich (MN # 0148660)
> Faegre Baker Daniels LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN 55402
> Telephone:   612-766-7000
> Facsimile:    612-766-1600
> linda.svitak@faegrebd.com
> delmar.ehrich@faegrebd.com

> **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on September 9, 2019 the

foregoing Stipulation of Voluntary Dismissal was filed and made available to all

counsel of record via CM/ECF.


*Margaret M. Zylstra*
Margaret M. Zylstra